IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONDA MEDORS,**

       **Plaintiff,**

  vs.                                      Civil Action 2:10-CV-77
                                                Judge Graham
                                                Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

     On August 31, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed for failure to prosecute.  Doc. No. 16. Although the parties were advised of their right to file objections to the *Report and Recommendation* and of the consequences of their failure to do so, Doc. No. 16, there has been no objection filed.

     The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  This action is hereby **DISMISSED** for failure to prosecute.

     The Clerk shall enter **FINAL JUDGMENT**.


Date: September 24, 2010                       s/James L. Graham
                                                  James L. Graham
                                                  United States District Judge